Petition for Writ of Mandamus Denied and Memorandum Opinion filed May
27, 2008








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed May 27, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00405-CV

____________

 

IN RE LAKOTA RESOURCES, INC. and GILBERT BURCIAGA,
Individually and as President of LAKOTA RESOURCES, INC., Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On May
16, 2008, relators, Lakota Resources, Inc. and Gilbert Burciaga,
Individually and as President of Lakota Resources, Inc., filed a petition for
writ of mandamus in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also
Tex. R. App. P. 52.  In the petition, relators ask this court to compel the
Honorable William Burke, presiding judge of the 189th District Court of Harris
County, to withdraw his May 2, 2008 order granting the motion to compel filed
by real party in interest, Pathex Petroleum, Inc. 








Relators
have not established their entitlement to the extraordinary relief of a writ of
mandamus.  Accordingly, we deny relators= petition for writ of mandamus.  

 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed May 27, 2008.

Panel consists of Justices Frost,
Seymore, and Guzman.